NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAYFAIR WIRELESS LLC,**
*Plaintiff-Appellant*

**v.**

**CELLCO PARTNERSHIP, VERIZON WIRELESS, AT&T MOBILITY LLC, T-MOBILE USA, INC., SPRINT NEXTEL CORPORATION,**
*Defendants-Appellees*

---

2014-1587

---

Appeal from the United States District Court for the District of Delaware in No. 1:11-cv-00772-GMS-SRF, Chief Judge Gregory M. Sleet.

---

## JUDGMENT

---

DANIEL AARON KOTCHEN, Kotchen & Low LLP, Washington, DC, argued for plaintiff-appellant. Also represented by MICHAEL JOHN VON KLEMPERER.

JOHNATHAN S. FRANKLIN, Norton Rose Fulbright US LLP, Washington, DC, argued for defendant-appellees. Defendant-appellee Cellco Partnership, Verizon Wireless, also represented by GEOFFREY P. EATON, ANDREW RYAN

SOMMER, CHARLES B. MOLSTER, III, ERIC M. GOLDSTEIN, Winston & Strawn LLP, Washington, DC. Defendant-appellee AT&T Mobility LLC, also represented by JOSEPH P. ZAMMIT, Fulbright & Jaworski LLP, New York, NY; RICHARD STEPHEN ZEMBEK, DANIEL LEVENTHAL, Norton Rose Fulbright, Houston, TX; SHEILA KADURA, Fulbright & Jaworski LLP, Austin, TX. Defendant-appellee T-Mobile USA, Inc., also represented by SHANNON JOST, Stokes Lawrence, P.S., Seattle WA; JOHN W. SHAW, Shaw Keller, Wilmington, DE. Defendant-appellee Sprint Nextel Corporation, also represented by KAREN ANN JACOBS, JENNIFER YING, Morris, Nichols, Arsht & Tunnell LLP. Wilmington, DE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and REYNA, *Circuit Judges*).

### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>March 9, 2015</td><td>/s/ Daniel E. O'Toole</td></tr>
<tr><td>Date</td><td>Daniel E. O'Toole<br>Clerk of Court</td></tr>
</table>